5/20/05

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CA

THOMAS P. BUDNICK ⅜ 05-30115-MAP
PLAINTIFF ⅜

VS. ⅜ COMPLAINT

CUMBERLAND FARMS, INC ⅜
KATHY O'CONNER, ⅜
INTERSTATE SHELL, INC. ⅜
(mobil)
DONALD PAPUGA, INDIVID ⅜
UALLY AND IN THE SCOPE ⅜
OF HIS AUTHORITY, ⅜
ESTATE OF PALMER ⅜
TRIAL COURT HEAD CLERK ⅜
MRS. SULLIVAN, ⅜
PALMER MAGISTRATE ⅜
E. DONALD RIDDLE ⅜
INDIVIDUALLY AND IN ⅜
THE SCOPE OF HIS ⅜
AUTHORITY, ⅜
PALMER PROSECUTING ⅜
DISTRICT ATTORNEY ⅜
CHAS (JAS) THOMPSON ⅜
INDIVIDUALLY AND IN ⅜
THE SCOPE OF HIS ⅜

DOCKETED

AUTHORITY,
ESTATE OF LUDLOW
POLICE CHIEF "RED"
THOMPSON,
HAMPDEN COUNTY
DISTRICT ATTORNEY
MATTHEW J. RYAN,
WILLIAM CORBETT,
LUDLOW POLICE
CHIEF (FORMER) JORGE
INDIVIDUALLY AND
IN THE SCOPE OF HIS
AUTHORITY
HAMPDEN COUNTY
DISTRICT ATTORNEY
WILLIAM BENNETT,
INDIVIDUALLY AND IN
THE SCOPE OF HIS
EMPLOYMENT,
PALMER PROSECUTING
DISTRICT ATTORNEY
TIMOTHY ROGERS
INDIVIDUALLY AND
IN THE SCOPE OF
HIS EMPLOYMENT,
PALMER TRIAL COURT
CHIEF JUDGE
KENNETH COTE, JR.

3,

INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT, PALMER PROBATION OFFICER MELVIN ARROYO INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT, PALMER SET-UP PERSON NILSA DELGADO, INDIVIDUALLY AND IN THE SCOPE OF HER EMPLOYMENT, WALTER KAPINOS, K-MAC, INC., LUDLOW LINOLEUM AND CARPET TILE, INC., AMERICO SOUSA-INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT, BROWN + FERRIS INDUSTRIES, INC., LUDLOW BOARD OF HEALTH, TOWN OF LUDLOW WILBRAHAM BOARD OF HEALTH, TOWN OF WILBRAHAM

4

~~THE DEFENDANT~~ JEANNE KAPINOS, INDIVIDUALLY AND CO-OWNER OF K-MAC, INC., AND LUDLOW LINOLEUM AND CARPET, INC., ~~THE DEFENDANT~~ CHARLES RIVER-WEST, PSHCHIATRIST DON PARDO, INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT, MANUEL MENDES, KIM INGALLS, INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT, LUDLOW POLICE OFFICER WILLIAM KOS, INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT, PALMER TRIAL COURT JUDGE ROBERT KUMOR INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT, PALMER TRIAL COURT JUDGE ROBERT MORIN INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT

5.

PROVIDENCE HOSPITAL,
ARROW SECURITY SERVICES
Inc.,
VIRGIN FIGEORA
INDIVIDUALLY AND IN
THE SCOPE OF HER
AUTHORITY,
DOCTOR WILLIAM HAZE-
LETT INDIVIDUALLY AND
IN THE SCOPE OF HIS
AUTHORITY,
LUDLOW POLICE CHIEF
JAMES McGOWEN
INDIVIDUALLY AND IN
THE SCOPE OF HIS
AUTHORITY,
LUDLOW POLICE SERGEANT
EDWARD WILCOX INDIVID-
UAL AND IN THE SCOPE
OF HIS AUTHORITY
DR. BARRY J. NIGROSH
INDIVIDUALLY AND IN
THE SCOPE OF HIS
AUTHORITY,
MOUNT TOM MENTAL
HEALTH CENTER, INC.
BRIDGEWATER MENTAL
HOSPITAL,

6.

DEPARTMENT OF
CORRECTIONS,
DR. JAMIE G. KRAUSS
INDIVIDUALLY AND IN
THE SCOPE OF HER
AUTHORITY,
DR. NIVEA ORTIZ
INDIVIDUALLY AND IN
THE SCOPE OF HER
AUTHORITY,
DOCTOR INGA HODGS-
ON INDIVIDUALLY AND
IN THE SCOPE OF HER
AUTHORITY,
CHAVES ENTER PRISES
INC.,
CHARLIE ARMENT
TRUCKING, INC.,
WING MEMORIAL
HOSPITAL AND MEDI-
CAL CENTER, INC.,
BIG Y FOODS, INC.,
DOCTOR STUART ANG-
FANG INDIVIDUALLY
AND IN THE SCOPE
OF HIS AUTHORITY,
BAYSTATE MEDICAL
CENTER, INC.

7.

LOG CABIN BANQUET
AND MEETING HOUSE
INC.,
MR. SANTOS,
PALMER TRIAL JUDGE
JOHN SCHBURT INDIVI-
DUALLY AND IN THE
SCOPE OF HIS EMPLOY-
MENT,
LUDLOW POLICE OFFICER
ROBERT RODRIGUES
INDIVIDUALLY AND IN
THE SCOPE OF HIS
AUTHORITY
LUDLOW POLICE OFFICER
DENNIS FERNANDES
INDIVIDUALLY AND IN
THE SCOPE OF HIS
AUTHORITY
LUDLOW POLICE OFFICER
DANA VIGNEAULT
INDIVIDUALLY AND IN
THE SCOPE OF HIS
AUTHORITY
BEHAVIOR HEALTH
NETWORK INC.
WILLIAM CORBETT,

UNIVERSITY HEALTH 3
SYSTEMS INC. 3
DR SIEDEL INDIVIDUALLY 3
AND IN THE SCOPE OF HIS 3
AUTHORITY 3

AND OTHER
UNKNOWN DEFENDANTS

# JURISDICTION

THE LAW LIBRARY IN THE HAMPDEN COUNTY HOUSE OF CORRECTION IS HORRIBLE/ ATROCIOUS, HOWEVER THE PRO-SE PLAINTIFF ALLEGES THE FOLLOWING VIOLATIONS;
OBSTRUCTION OF JUSTICE -
42 U.S.C. 1981, 1983, 1985, 1987
5TH AMENDMENT TO THE FEDERAL CONSTITUTION — DUE PROCESS
14 TH AMENDMENT TO THE FEDERAL — EQUAL ACKCESS TO THE LAW,
ARTICLE 11 OF THE M.A. CONSTITUTION — SPEEDY REMEDY OF THE LAW.

ASSAULT AND BATTERY --
M.G.L. 265 § 13A ET ALS,
6 AM JUR 2D1 ET AL'S,

MENTALLY ILL PERSONS -
M.G.L. 123 1 ET SEQ.
M.G.L. 231 § 85K
M.G.L. 231 § ET SEQ.
53 AM JUR 2D § 1 ET SEQ.
42 USC 321 ET SEQ.

M.G.L. 231 § 6 OR
MEDICAL NEGLIGENCE

BRIBERY AND CORRUPTION
M.G.L. 268 § 8B ET SEQ
M.G.L. 268A § 2+3 ET SEQ
CONSTITUTION 6 ART 2,3+42
12 AM JUR 201 ET SEQ
CONSTITUTION PT 2, C6, ART 2,3

LIBEL + SLANDER
M.G.L. 231 § 91 ET SEQ,
50 AM JUR 2D ET SEQ

ORAL CONTRACT
M.G.L. 93A

PROPOSED UNITED NATION
(UN-RATIFIED) MOON TREATY
OF 1967 AND PROPOSED
UNITED NATIONS "DECLARATION OF
ACTIVITIES CONCERNING
CONCRETE EXTRA TERRESIAL
INTELLIGENCE CONTACT "
"LITTLE GREEN MEN TREATY.
GENERAL MINING LAWS OF 1872,
THIEFERY,
MISFEANCE, MALFEANCE, NONFEAN.
FEDERAL QUESTION. JURISDICTION 28 USC 1337
THE AMOUNT IN CONTROVERSY
EASILY EXCEEDS $50,000 AND
IN FACT IS IN BILLONS OF DOLLARS.

# PARTIES

THE PRO-SE PLAINTIFF, THOMAS P. BUDNICK, HAS BEEN INCARSERATED, AT THE HAMPDEN COUNTY HOUSE OF CORRECTION, 629 RANDAL ROAD, LUDLOW MA 01056-1085 SINCE AUGUST 2, 2001.

THE DEFENDANT, CUMBER-LAND FARMS, INC. IS LOCATED ON CENTER STREET, IN LUDLOW, MA. 01056. THE DEFENDANT, KATHY O'CONNER LIVES AT 39 PARTRIDGE STREET, SPRING-FIELD AND DID WORK AT THE LUDLOW CUMBERLAND FARMS INC.

THE DEFENDANT, DONA-LD PAPUGA LIVES AT SUN-FLOWER AVENUE IN CHICOPEE

THE DEFENDANT, ESTATE OF MRS. SULLIVAN IS OUT OF THE PALMER TRIAL COURT, 235 SYKES STREET, PALMER, MA. 01069.

THE DEFENDANT, CHAS (JAS) THOMPSON HAS A PRESENT BUSINESS AT 358 SEWALL STREET, LUDLOW, MA. 01056.

THE DEFENDANT, ESTATE OF LUDLOW POLICE CHIEF "RED" THOMPSON IS BASED OUT OF THE LUDLOW POLICE STATION, CHAPIN STREET, LUDLOW, MA. 01056.

THE DEFENDANT, FORMER DISTRICT ATTORNEY MATTHEW J. RYAN IS OUT OF THE HALL OF JUSTICE, 50 STATE STREET, SPRINGFIELD, MA. 01103.

THE DEFENDANT, WILLIAM CORBETT'S ADDRESS IS UNKNOWN

THE DEFENDANT, LUDLOW POLICE CHIEF JORGE IS OUT OF THE LUDLOW POLICE STATION, CHAPIN STREET, LUDLOW, MA. 01056.

THE DEFENDANT, HAMPDEN COUNTY DISTRICT ATTORNEY WILLIAM BENNETT IS OUT OF

10.

THE HALL OF JUSTICE, 50 STATE STREET, SPRINGFIELD, MA. 01103.

THE DEFENDANT, TIMOTHY ROGERS, IS OUT OF THE PALMER TRIAL COURT, 235 SYKES STREET, PALMER MA, 01069.

THE DEFENDANT, PALMER TRIAL JUDGE KENNETH COTE J.R. IS OUT OF THE PALMER TRIAL COURT, 235 SYKES STREET, PALMER, MA, 01069.

THE DEFENDANT, PALMER PROBATION OFFICER MELVIN ARROYO IS OUT OF THE PALMER TRIAL COURT, 235 SYKES STREET, PALMER, MA. 01069.

THE DEFENDANT, PALMER SET UP PERSON NILSA DALGADO IS OUT OF THE PALMER TRIAL COURT, 235 SYKES ST., PALMER, MA. 01069.

THE DEFENDANT, WALTER KAPINOS, K-MAC,

INC., LUDLOW LINOLEUM AND CARPET TILE, INC IS LOCATED AT 21 HARDING AVENUE, LUDLOW, MA 01056.

THE DEFENDANT, AMERICO SOUSA LIVES AT 312 STONY HILL ROAD, WILBRAHAM.

THE DEFENDANT, BROWN + FARRIS INDUSTRIES, INC. IS LOCATED IN CHICOPEE, MA.

THE LUDLOW BOARD OF HEALTH IS LOCATED AT TOWN HALL, CHAPIN STREET LUDLOW, MA. 01056

THE DEFENDANT, TOWN OF LUDLOW IS LOCATED AT TOWN HALL, CHAPIN STREET, LUDLOW, MA. 01056.

THE WILBRAHAM BOARD OF HEALTH IS LOCATED AT WILBRAHAM TOWN HALL, WILBRAHAM, MA.

THE DEFENDANT, TOWN OF WILBRAHAM

12.

IS LOCATED AT THE WILBRAHAM TOWN HALL, WILBRAHAM, MA.

THE DEFENDANT, JEANNE KAPINOS IS OUT OF 21 HARDING AVENUE, LUDLOW, 01056

THE DEFENDANT BROWN FERRIS INDUSTRIES, INC IS LOCATED AT 845 BURNETT ROAD, CHICOPEE, MA. 01020.

THE DEFENDANT, DR. BARRY J. NIGROSH IS LOCATED AT 40 BOBALA ROAD HOLYOKE MA. 01040.

THE DEFENDANT, MOUNT TOM MENTAL HEALTH CENTER, INC. IS LOCATED AT 40 BOBALA ROAD, HOLYOKE MA 01040.

THE DEFEDANT, BRIDGEWATER MENTAL HOSPITAL IS LOCATED AT 20 ADMINISTRATION ROAD BRIDGEWATER, MA. 02324.

13.

THE DEFENDANT, CHARLES RIVER-WEST (EAST) IS BASED AT 203 GROVE STREET, WELLESLEY, MA. 02482.

THE DEFENDANT, DON PARDO IS BASED AT 203 GROVE STREET, WELLESLEY, MA. 02482.

THE DEFENDANT, MANUEL MENDES LIVES AT 4 LOCKLE STREET LUDLOW, MA. 01056

THE DEFENDANT KIM INGALLS IS OUT OF THE LUDLOW POLICE STATION, 612 CHAPIN STREET, LUDLOW, MA. 01056.

THE DEFENDANT, WILLIAM KOS IS OUT OF THE LUDLOW POLICE STATION, 612 CHAPIN STREET LUDLOW, MA. 01056.

THE DEFENDANT, ROBERT MORIN IS OUT OF THE PALMER TRIAL COURT, 235 SYKES STREET, PALMER, MA. 01069.

THE DEFENDANT, ROBERT KUMOR IS OUT OF THE

14.

PALMER TRIAL COURT.
    THE DEFENDANT,
PROVIDENCE HOSPITAL
IS AT 1233 MAIN STREET,
HOLYOKE, MA. 01040.
    THE DEFENDANT, ARROW
SECURITY SERVICES, INC
IS LOCATED AT PROGRESS
AVENUE, SPRINGFIELD.
    THE DEFENDANT,
VIRGIN FIGEORA IS OUT
OF THE PROVIDENCE
HOSPITAL, 1233 MAIN
STREET, HOLYOKE, MA. 01040.
    THE DEFENDANT DR.
WILLIAM HAZELETT IS
OUT OF THE HOLYOKE
HOSPITAL, 1233 MAIN
STREET, HOLYOKE, MA 01040.
    THE DEFENDANT JAMES
McGOWEN IS OUT OF THE
LUDLOW POLICE STATION, 612
CHAPIN STREET, LUDLOW 01056.
    THE DEFENDANT, SERGEANT
EDWARD WILLOX IS OUT
OF THE LUDLOW POLICE
STATION, 612 CHAPIN
STREET, LUDLOW 01056.

15.

THE DEFENDANT, DEPARTMENT OF CORRECTIONS IS BASED AT 20 ADMINISTRATION ROAD, BRIDGEWATER, MA 02324.

THE DEFENDANT, DOCTOR JAMIE G. KRAUSS IS BASED AT 20 ADMINISTRATION ROAD, BRIDGEWATER, MA. 02324.

THE DEFENDANT, DOCTOR NIVEA ORTIZ IS BASED AT 20 ADMINISTRATION ROAD, BRIDGEWATER, MA. 02324.

THE DEFENDANT, DOCTOR INGA HODGSON IS BASED AT 20 ADMINISTRATION ROAD, BRIDGEWATER, MA. 02324.

THE DEFENDANT, CHAVES ENTERPRISES, INC. IS LOCATED AT 80 SROK LANE, LUDLOW, MA. 01056. THE DEFENDANT, CHARLIE ARMENT TRUCKING, INC. IS BASED AT 47 WAREHOUSE ROAD, SPG.

16.

THE DEFENDANT WING MEMORIAL HOSPITAL AND MEDICAL CENTER, INC is LOCATED AT 40 WRIGHT ROAD PALMER, MA. 01069.

THE DEFENDANT, BIG Y FOODS INC. IS LOCATED AT 800 BOSTON ROAD, SPRINGFIELD, MA.

THE DEFENDANT DOCTOR STUART ANGFANG is BASED OUT OF BAYSTATE MEDICAL CENTER, INC. 759 CHESTNUT STREET, SPRINGFIELD, MA.

THE DEFENDANT LOG-CABIN BANQUET AND MEET-ING HOUSE, INC IS LOCATED AT 500 EASTHAMP-TON ROAD HOLYOKE, 01040.

THE DEFENDANT, MR. SANTOS ADDRESS IS LOOPLEY STREET, LUDLOW, MA. 01056.

THE DEFENDANT, JUDGE JOHN SCHBERT IS BASED OUT OF THE PALMER TRIAL COURT, 235 SYKES STREET, PALMER, MA. 01069.

17.

THE DEFENDANT, ROBERT RODRIGUES, IS BASED AT 612 CHAPIN STREET, LUDLOW, MA. 01056

THE DEFENDANT, DENNIS FERNANDES IS BASED AT 612 CHAPIN STREET, LUDLOW MA. 01056.

THE DEFENDANT, DANA VIGNEAULT IS BASED AT 612 CHAPIN STREET, LUDLOW, MA. 01056.

THE DEFENDANT, BEHAVIOR HEALTH NET-WORK, INC. IS LOCATED AT 627 RANDAL ROAD, LUDLOW, MA. 01056.

THE DEFENDANT, UNIVER-SITY HEALTH SYSTEMS IS BASED ON UNIVERSITY DRIVE, AMHERST.

THE DEFENDANT, DR. SIEDEL IS BASED OUT OF THE UNIVERSITY HEALTH SYSTEMS, INC. IN AMHERST, MA.

AND OTHER UNKNOWN DEFENDANTS (I AM IN JAIL)

# STATEMENT OF THE CASE

①      BUDNICK WAS BORN IN LUDLOW, MA. AND LIVED ALMOST ALL HIS (58) FIFTY EIGHT YEARS AT THE SAME ADDRESS. THE AREA HAS CHANGED FROM ALL RESIDENTIAL TO ALL BUSINESS. HE WAS CRUELLY SODOMIZED AT THE AGES OF 8, 9, + 11. THE LUDLOW POLICE DEPARTMENT, TOWN OF LUDLOW, DID NOTHING.

②      IN JUNE OF 1980, BUDNICK WENT TO THE PALMER TRIAL COURT. THEIR HE EXPLAINED THE PROBLEM TO CLERK SULLIVAN AND MAGISTRATE E. DONALD RIDDLE. THEY BOTH HANDED BUDNICK AN APPLICATION FOR SHOW CAUSE. AFTER BUDNICK FILLED IT OUT, THEY ACCEPTED IT, AND STATED THEY WOULD CALL IN "ALL PARTIES WITHIN A FEW WEEKS FOR A SHOW CAUSE HEARING".

③  OVER THE NEXT FOUR (4) YEARS, BUDNICK FILED A DOZEN OR SO SHOW CAUSE APPLICATIONS AGAINST; CUMBERLAND FARMS, INC. KATHY O'CONNER, INTER-STATE SHELL, DON PAPUGA. IT SHOULD BE NOTE THE PALMER TRIAL COURT JUDGE AT THIS TIME WAS ROBERT MORIN, PROSECUTING DISTRICT ATTORNEY WAS CHAS (JAS) THOMPSON, CHIEF DISTRICT ATTORNEY WAS MATTHEW J. RYAN., AND LUDLOW POLICE CHIEF WAS "RED" THOMPSON.

④  TO MAKE A LONG STORY SHORT, SEVEN HUNDRED (700) SHOW CAUSE HEARINGS, CHRONOLOGICALLY FILED, OVER A TWENTY-FIVE (25) YEAR PERIOD HAVE FAILED TO COME UP FOR HEARING IN THE PALMER TRIAL COURT.

⑤  EVERY TIME BUDNICK

INQUIRES HE GETS THE SAME ANSWER "EVERYTHING IS IN ORDER. WE WILL CALL ALL PARTIES IN " IN A FEW WEEKS FOR A HEARING ALL DONE WITH A SARCASTIC SMILE.

⑥ FOR EVERYBODY'S MUTUAL PROTECTION, BUDNICK PURCHASED A HIGHLY SOPHISTICATED CAM-CORDER WITH WIDE ANGLE NIGHT VISION. OF COURSE, HE PUT UP SIGNS SAYING "UNDER TWENTY-FOUR (24) HOUR SURVEILL-ENCE. EVERY WORD BUDNICK SPOKE WAS THE GOSPEL TRUTH. HE GOT THE BILLY CORBETT MOTOR-CYCLE GANG SAYING, AUDIO RECORDED, WE ARE GOING TO "FIRE BOMB YOUR HOUSE" "KILL YOU" "RAPE YOUR MOTHER" AGAIN NO ACTION BY THE LUDLOW POLICE DEPARTMENT, LUDLOW POLICE CHIEF

JORGE, WILLIAM BENNETT
TIMOTHY ROGERS (PALMER
DISTRICT ATTORNEY,
OR PALMER CHIEF TRIAL
JUDGE KENNETH COTE, JR.
PROBATION OFFICER MELVIN
ARROYO, NILSA DELGADO
DISTRICT ATTORNEY SET-UP
ENTRAPMENT PERSON.

(17)    BUDNICK REPORTED THIS
TO ANYBODY AND EVERYBODY
HE COULD THINK OF! IN
FACT, HE FILED FORTY--
FIVE (45) JUDICIAL MIS-
CONDUCT CHARGES AGAIN-
ST-PALMER TRIAL COURT
JUDGE GRIFFEN, PALMER
TRIAL COURT JUDGE MORIN,
PALMER TRIAL COURT JUDGE
COTE, Jr., HAMPDEN SUPERIOR
COURT JUDGE JOSEPHSON,
HAMPDEN SUPERIOR COURT
JUDGE PERROTA, APPEALS
JUDGE EDITH FINE, SUPREME
JUDICIAL COURT JUDGE
RUTH ABRIMS, ETC, ETC,
ETC.

(A)    FOR EXAMPLE, BUDNICK

MAILED IN THREE ($3.⁰⁰) DOLLARS TO THE JUDICIAL MISCONDUCT PEOPLE SAYING "THIS IS THE MONEY DROPPED BY EDITH FINE TO PREVENT ME FROM HAVING A SHOW CAUSE (FIRE BOMB MY HOUSE) HEARING IN THE PALMER TRIAL COURT" THE RESULT WAS NO HEARING IN TWENTY-FIVE (25) YEARS.

⑨ AS A RESULT OF ABOVE, BUDNICK BECAME SEVERELY DEPRESSED. HE TRIED TO LOSE HIMSELF BY FILING MINING CLAIMS ON THE MOON, MARS, JUPITER, SATURN, ETC. PLEASE READ ATTACHED EXHIBIT.

⑩ BUDNICK REALIZED THE FIRST NATION TO CONTROL EARTH'S MOON SHALL BE THE DOMIN-ATE MILITARY, SOCIAL, POLITICAL AND ECONOMIC POWER HOUSE OF THE NEXT CENTURY. THE



FUSION POTENTIAL OF EARTH'S MOON IS INCREDIBLE.

(11) NILSA DELGADO, PALMER DISTRICT ATTORNEY SET-UP) ENTRAPMENT. PERSON, KEPT ON ASKING BUDNICK FOR A DATE AND SAYING SHE WANTED TO VIEW THE LABORATORY IN HIS HOME BASEMENT!

(12) TO AVOID THE SEVENTY FIVE CENT (75) WILBRAHAM TOWN DISPOSAL FEE WALTER KAPINOS KMAC, INC. LUDLOW LINOLEUM + CARPET TILE, INC. AMERICO SOUSA, BROWN +FERRIS INDUSTRIES (B.F.I) HAVE USED BUDNICK'S LUDLOW BACKYARD AS THEIR PRIVATE TRASH DUMP. THEY TAKE ALL THEIR HAZARDOUS WASTE — CUT HAIR, USED, $,0011 IN EA HYPODERMIC NEEDLES, OLD NEWSPAPERS GARBAGE CUT GRASS PERM= DYES (FROM A COMMERCIAL BEAUTY



SALON) CHEMICALS OLD
OUTDATED FELILIZER - ALL
THROW IT ALL IN
BUDNICK'S BACKYARD.
ABOUT FIFTY SHOW CAUS
APPLICATIONS HAVE
BEEN FILED IN REG.R.
TO THIS. ALL HAVE
BEEN IGNORED BY
RIDDLE, ROGERS, DELG-MD.
MATTHEW RYANY, AND
WILLIAM BENNETT!

OVER A 15-20 YEAR PERIOD →

(13)  FURTHERMORE, THE
LUDLOW BOARD OF HEALTH
TOWN OF LUDLOW, WILBRA-
HAM BOARD OF HEALTH,
TOWN OF WILBRAHAM,
ALL ALLOW THIS!

(14)  MS. JEANNE KAPINOS, CO-
OWNER OF K-MAC, INC. AND
LUDLOW LINOLEUM AND CARPET TILE, INC.
BRIBED THE ABOVE FOUR (4)
ENTITIES TO TURN A "BLIND
EYE" TO THEIR TRASH DUMPING!

(15)  MOST GALLING OF THIS
MALFEASANCE, NONFEASANCE,
MISFEASANCE IS i WAS
CONVICTED OF TRESPASS

BY WALKING MY DOG ACROSS
THE LUDLOW LINOLEUM +
CARPET, INC. PARKING LOT. I
NEVER RECEIVED THE TRES-
PASS NOTICE!

(16) IT APPEARS PALMER TRIAL
JUDGE ROBERT KUMOR AND
ROBERT MORIN TOOK
PIORITY OVER MY SEVEN
HUNDRED (700) SHOW CAUSE
APPLICATIONS (WE ARE
GOING TO FIRE BOMB
YOUR HOUSE — ON AUDIO/VICED
TAPE) TO CONVICT ME OF
TRESPASS. AGAIN, WALKING
MY DOG ON A LEACH.

(17) FROM HERE, A VERY
MINOR POCKET BOOK THROWING
INCIDENT OCCURRED WITH
MY ONLY SISTER IN THE
SPRING OF 1997. I WAS
ARRESTED BY LUDLOW
POLICE OFFICER WILLIAN
KOS WHO STATED "HA, HA, HA,
WE ARE IMMUNE FROM YOUR
SHOW CAUSE APPLICATIONS"!
I WAS SENT TO CHARLES
(APRIL 3, 1997)

RIVER - WEST PSYCHIATRIC
HOSPITAL. MY SPACE
"VIEWS" WERE "CRUCIFIED" BY
STAFF PSYCHIATRIST DON
PARDO. HE STRONGLY
RECOMMEDED LONG TERM
COMMITTMENT TO BRIDGE-
WATER MENTAL HOSPITAL.

(18)    AS SOON AS I WAS
RELEASED, i WAS HIT
OVER THE TOP OF MY
HEAD BY A TREE LIMB
BY MY NEIGHBOR MANUEL
MENDES. HE ADMITTED
IN OPEN COURT HE WAS
DRUNK AND HE HIT ME
FIRST. AS USUAL THE
LUDLOW POLICE IGNORED
THIS, AND THE PALMER
TRIAL COURT IGNORED MY
APPLICATION FOR SHOW
CAUSE. IN FACT, ARRESTING
OFFICER SAID (KIM
INGALLS) THE SAME
THING AS OFFICER
WILLIAM KOS — "WE ARE
IMMUNE FROM YOUR SHOW

CAUSE! NO INTERNAL INVESTIGATION, UNIT EXIS

(19) I WAS IMMEDIATE-
LY TAKEN TO PROVI-
DENCE HOSPITAL
WERE THE ARROW SECURITY
SERVICES GUARD SHOVED
ME AGAINST THE
ELEVATOR WALL WITH
HIS NIGHT STICK. I
WAS FURTHER ASSAULTED
BY VIRGIN FIGEORA AND
DOCTOR WILLIAM HAZE-
LETT HORRIBLY WROTE UP
MY "AMERICAN MANIFEST
DESTINY" IDEAS FOR
THE EARTH'S MOON! HAZE-
LETT SAID HE RECEIVED
A PHONE CALL FROM
LUDLOW POLICE CHIEF
JAMES McGOWEN AND
EDWARD WILLCOX SAYING-
"DO WHATEVER IT TAKES
FOR A LONG TERM
COMMITMENT TO BRIDGE-
WATER"! AFTER MY
STAY AT PROVIDENCE, 8-13-
97 to 9-4-97, I WAS
IMMEDIATELY TAKEN

TO THE PALMER TRIAL COURT.

(20)    IN COURT ON AUGUST 13, 1997 DOCTOR BARRY J. NIGROSH OF MT. TOM MENTAL HEALTH CENTER AGAIN TERRIBLY ATTACKED MY SPACE VIEWS AND SEVEN HUNDRED (700) SHOW CAUSE APPLICATIONS.

(21)    JUDGE KENNETH COTE Jr STRONGLY AGREED AND COURT ORDERED ME TO BRIDGEWATER MENTAL HOSPITAL FOR A UNDETERMINED PERIOD.

(22)    AT BRIDGEWATER, LIKE CHARLES RIVER + PROVIDENCE, I WAS FORCED TO TAKE MASSIVE NARCOTIC DRUGS. IT MADE ME SO DIZZY, I THREW-UP ALL THE TIME!

(23)    AGAIN AT BRIDGEWATER THEY HORRIBLY WROTE ME UP FOR MY EFFORTS AGAINST THE PROPOSED

"LITTLE GREEN MEN TREA-TY." BY THEY I MEAN; DR. JAMIE G. KRAUSS, DR. NIVEA ORTIZ, DR. INGA HODGSON, BRIDGEWATER MENTAL HOSPITAL FOR THE CRIMINALLY INSANE, DEPARTMENT OF CORREC-TIONS. I WAS A BRIDGE-WATER FOR TEN (10) MONTHS FROM 1997 TO 1998.

(24) I DO APOLOGIZE TO THIS GREAT AND HONOR-ABLE COURT IF I'M WEAK ON THE DATES AND PSYCHIATRIC REPORT. BUT ALL MENTAL HOSPITALS ADAMANTLY REFUSE TO RELEASE ANY PSYCHIATRIC REPORTS IF YOU ARE IN JAIL.

(25) I WOULD AGAIN LIKE TO EMPHASIZE THE FIRST NATION TO CONTROL THE MOON SHALL BE THE

DOMINATE MILITARY,
SOCIAL, POLITICAL, AND
ECONOMIC POWER HOUSE
OF THE NEXT CENTURY.

(26) AS SOON AS MY
RELEASE FROM BRIDGE-
WATER, I WAS ALMOST "RUN-
OVER" FIFTY (50) TIMES
BY CHAVES ENTERPRISES, INC
AND CHARLIE ARMENT
TRUCKING, INC. THE DRIVER
OF A HUGE "CAT" BLOCKED
MY WALKING AND CONTINUA-
LLY BRUSHED ME ASIDE.
HE SAID HE WOULD KILL
ME FOR FILING A LAWSUIT
AGAINST HIM. AS USUAL,
MY SHOW CAUSE APPLICA-
TIONS IN THE PALMER
TRIAL COURT HAVE BEEN
THROWN OUT!

(27) I WAS THEN COURT ORDERED
TO WING MEMORIAL HOSPITAL
AND MEDICAL CENTER, INC.
FROM 1997 TO AUGUST 1,
2001. I AGAIN TRIED TO
EXPLAIN MY VIEWS, BUT
WAS AGAIN CRUCIFIEDED.

28) WITH GREAT JOY, I WON THE BIG Y FOODS, INC. BACKYARD BARBECUE. I INVITED THE ENTIRE FAMILY FOR A GOOD OLD FASHIONED COOKOUT. <u>THEN</u> I RECEIVED A RUDE TELEPHONE CALL FROM BIG Y SAYING. THEY ARE CANCELLING THE BARBECUE BECAUSE THEY DIDN'T WANT TO BE ASSOCIATED WITH MY MARTIAN VIEWS. CHANNEL 22 JUST DID A SEGMENT ON MY MARTIAN EXPLORATION EFFORTS.

29) AS USUAL MY SHOW CAUSE APPLICATION AGAINST BIGY WAS THROWN OUT BY THE PALMER TRIAL COURT. AS WELL AS MY APPLICATIONS FOR MARTIAN PATHFINDER TRESPASS AND SATURN MOON TITAN FLY-OVER.

(30) DOCTOR STUART ANG FA-
NG OF BAYSTATE MEDICAL
CENTER. INC, AGAIN
WROTE ME UP HORRIBLY.
MY SPACE VIEWS WERE
BRUSHED OFF, AS WELL
AS MY ARGUMENTS OF
PEOPLE BEING FREE TO
DO WHAT THEY WANT
AGAINST ME BECAUSE
OF NO SHOW HEARINGS
IN TWENTY-FIVE (25) YEARS

(31) . THE MOST GALLING
INCIDENT OCCURRED AT
THE LOG CABIN BANQUET
+ MEETING. HOUSE, INC..
I THOUGHT I WAS A
INVITED GUEST TO A
FANCY WEDDING RECEP-
TION. BEING THEIR FOR
NINE (9) SECONDS, THE
MANAGER OF THE LOG
CABIN SNATCHED MY
HUNDRED DOLLAR WEDD-
ING GIFT AND THEN
THREW THE FRONT PAGE
OF THE HOLYOKE
TRANSCRIPT ARTICLE

ABOUT MY MARTIAN
SPACE EXPLORATIONS
ON THE FLOOR. HE THEN
HAMMER LOCKED MY
ARM ACROSS MY BACK
AND GRABBED MY
HEAD WITH HIS OTHER
HAND. IN FRONT OF
FIFTY (50) PARTY GUESTS
I WAS DRAGGED FROM
THE BANQUET RECEPTION.
AT LEAST, I WAS ABLE
TO HAVE AN IMMEDIATE
SHOW CAUSE HEARING IN
THE HOLYOKE TRIAL
COURT, (RESULTS UNKNOWN).
HE ALSO CALLED ME A
SPACE NUT.

32) . ABOUT THIS TIME WHEN
I REPORTED VANDALISM ON
THE ROOF OF LUDLOW
LINOLEUM + CARPET, MY
NEIGHBOR MR. S'ANTOS
PULLED A KNIFE ON ME
AND ATTEMPTED TO
STAB ME. WE WERE
DRAGGED DOWN THE



STREET TOGETHER. AS USUAL, PALMER MAGIS-TRATE E. DONALD RIDOL ACCEPTED THE APPLICATION AND STATED HE WILL "CALL ALL PARTIES IN FOR A HEARING WITHIN A FEW WEEKS.

(33) AT THIS POINT, THE PRO-SE APPEALANT, APPEAL-ED TO PALMER TRIAL COURT JUDGE JOHN SCHBURT WHO ORDERED BUDNICK BACK TO THE HAMPDEN COUNTY HOUSE OF CORRECTION. SUHBURT SAID HE DIDN'T "CARE ABOUT THE SEVEN HUNDRED (700) PENDING SHOW CAUSES."

(34) NOW LUDLOW POLICE SERGEANT Willox SAID THE LUDLOW POLICE WILL DO WHATEVER IT TAKES TO SEND BUDNICK "BACK TO BRIDGEWATER, IF YOU FILE ANY



_MORE LAWSUITS, AGAINST US"_

35) THIS WAS ECHOED BY LUDLOW POLICE OFFICER'S ROBERT RODRIGUES, DENNIS FERNANDES, AND DANT VIGNEAULT, AND CHIEF JAMES McGOWEN.

36) THEIR "PLAN" MUST HAVE "WORKED" BECAUSE BUDNICK HAS BEEN IN JAIL SINCE AUGUST 2, 2001. BEHAVIOR HEALTH NETWORK, INC. HAS AGAIN CRUCIFIED BUDNICK FOR HIS OPPOSITION TO THE PROPOSED "DECLARATION OF ACTIVITIES CONCERNING CONCRETE EXTRATERRESTIAL INTELLIGENCE CONTACT".

37) BUDNICK HAS FILED NUMEROUS CHARGES WITH THE LUDLOW POLICE DEPARTMENT'S INTERNAL INVESTIGATION BOARD ALL HAVE BEEN IGNORED.

38) LUDLOW POLICE OFFICE'S WILLCOX, McGOWEN, RODRIGUES,

FERNANDES, AND VIGNEAULT
ALL KNOW THEY ARE EXEMPT
FROM BUDNICK'S SHOW CAUSE
IN THE PALMER TRIAL COURT

(39)    BUDNICK JUST REMEMBERED
CHARLIE ARMENT TRUCKING, INC.
AND CHAVES ENTERPRISES, INC.
TRESPASSED ON HIS PROPERTY
WHILE CALLING HIM A "SPACE
NUT". AS USUAL, THE PALMER
TRIAL COURT IGNORED
HIS SHOW CAUSE APPLICATIONS.
FURTHERMORE, THEY CAUSED WALL
AND CELLING CREAK'S IN BUDNICK'S
HOME.

(40)    TO PROVE BUDNICK'S
CREDITABLY PLEASE READ ATTACHED
EXHIBIT.

(41)    I HAVE A PETITION PENDING
BEFORE S.J.C. IN REGARD TO MY
SEVEN HUNDRED (700) SHOW CAUSE
APPLICATIONS THAT ARE PENDING
IN THE PALMER TRIAL COURT.

# CHARGES

A.

OBSTRUCTION OF JUSTICE, THE FOLLOWING PARTIES KNOW THEY ARE IMMUNE FROM MY SEVEN (700) HUNDRED SHOW CAUSE APPLI-CATIONS FILED IN THE PALMER TRIAL COURT, (THE THINK THEY ARE "ABOVE" THE LAW). CUMBERLAND, O'CONNER, INTER-STATE, PAPUGA, SULLIVAN, RIDDLE, THOMPSON, ESTATE OF "RED" THOMPSON, RYAN, JORGE, BENNETT, ROGERS, COTE, JR., ARROYO, DELGADO, WALTER KAPINOS, K-MAC, Inc., LUDLOW LINOLEUM + CARPET, Inc., SOUSA, BROWN + FERRIS INDUSTRIES, INC., TOWN OF LUDLOW, LUDLOW BOARD OF HEALTH, TOWN OF WILBRA-HAM, WILBRAHAM BOARD OF HEALTH, JEANNE KAPINOS, CHARLES RIVER-WEST, PARDO, MENDES, INGALLS, KOS, KUMOR, MORIN, PROVIDENCE, ARROW, FIGEORA, HAZE-

LETT, MCGOWEN, WILCOX,
NIGROSH, MOUNT TOM DEPT.
OF CORRECTIONS, KRAUSS,
ORTIZ, HODGSON, CHAVES
CHARLIE, WING BIG Y,
ANGFANG, BAYSTATE, LOG
CABIN, SANTOS, SCHBURT,
RODRIGUES, FERNANDES,
VIGNEAULT, BEHAVIOR,
CORBETT, UNIVERSITY, SIEBEL

## DAMAGES

OBSTRUCTION OF JUSTICE
$500,000 FROM EACH DEFENDANT,
PSHCHOLOGICAL DAMAGE
$300,000 FROM EACH DEFENDANT,
BREACH OF ORAL CONTRACT
$5000 FROM EACH DEFENDANT,
MENTAL ANGUISH,
$125,000 FROM EACH DEFENDANT,
PHYSICAL DAMAGE,
$50,000 FROM EACH DEFENDANT,
CONSPIRACY
$150,000 FROM EACH DEFENDANT,
ABUSE OF THE JUSTICAL SYSTEM
$80,000 FROM EACH DEFENDANT
DAMAGE TO PLAINTIFF'S CHARACTER
$500,000 FROM EACH DEFENDANT

# THIEVERY

B.

THE FOLLOWING STOLE MONEY, PROPERTY FROM THE PRO-SE PLAINTIFF, LOG CABIN, PROVIDENCE HOSPITAL

# DAMAGES

BREACH OF ORAL CONTRACT
$50,000 FROM EACH DEFENDANT.

PSHCHOLOGICAL DAMAGE,
$8,000 FROM EACH DEFENDANT

THIEVERY
$10,000 FROM EACH DEFENDANT,

DAMAGE TO PLAINTIFF CHARACTER
$500,000 FROM EACH DEFENDANT

MENTAL ANGUISH
$15,000 FROM EACH DEFENDANT

PUBLIC EMBARRASSMENT
$19,000 FROM EACH DEFENDANT

## ASSAULT AND BATTERY

C.

   THE FOLLOWING PARTIES HAVE DONE ASSAULT AND BATTERY ON THE PRO-SE PLAINTIFF; CORBETT, DELGADO, MENDES, INGALLS, SANTOS, ARROW, FIGEORA, CHAVES, CHARLIE LOG CABIN.

## DAMAGES

   PHYSICAL ASSAULT
$50,000 FROM EACH DEFENDANT,
BREACH OF ORAL CONTRACT,
$5,000 FROM EACH DEFENDANT,
PSHCHOLOGICAL DAMAGE
$8,000 FROM EACH DEFENDANT,
MENTAL ANGUISH
$50,000 FROM EACH DEFENDANT,
DAMAGE TO PLAINTIFF'S REPUTATION,
$60,000 FROM EACH DEFENDANT,
FAILURE TO CONTROL IT'S EMPLOYEE'S.
$150,000 FROM EACH DEFENDANT.

# BRIBERY

D.

THE FOLLOWING PARTIES
HAVE GIVEN/ACCEPTED
BRIBES: CUMBERLAND
O'CONNER, INTERSTATE, PAPUSA,
SULLIVAN, RIDDLE, THOMP-
SON, ESTATE OF "RED"
THOMPSON, RYAN, JORGE,
BENNETT, ROGERS, COTE JR.
ARROYO, DELGADO, WALTER
KAPINOS, K-MAC Inc.,
LUDLOW LINOLEUM + CARPET,
SOUSA, BROWN + FERRIS
INDUSTRIES, INC., TOWN
OF LUDLOW, TOWN OF
WILBRAHAM, WILBRA--
HAM BOARD OF HEALTH,
LUDLOW BOARD OF HEALTH,
JEANNE KAPINOS, CHARLES
RIVER-WEST, PARDO, MENDES,
INGALLS, KOS, KUMOR, MORIN,
PROVIDENCE, ARROW,
FIGEORA, HAZELETT,
McGOWEN, WILCOX, MOUNT
TOM, NIGROSH, DEPT. OF
CORRECTIONS, KRAUSS,
ORTIZ, HODGSON, CHARLES
CHARLIE, WING, BIG Y.

ANGFANG, BAYSTATE, LOG-
CABIN, SANTOS, SCHBURT,
RODRIGUES, FERNANDES,
CORBETT, VIGNEAULT,
BEHAVIOR, SIEDAL, UNIVER-
SITY

## DAMAGES

OBSTRUCTION OF
JUSTICE,
$50,000 FROM EACH DEFENDAN
BREACH OF ORAL CONTRACT
$50,000 FROM EACH DEFENDANT
SOCIAL ANGUISH
$50,000 FROM EACH DEFENDANT
MENTAL ANGUISH
$150,000 FROM EACH DEFENDANT
POLITICAL DAMAGE
$5,000 FROM EACH DEFENDAN
BRIBERY
$155,000 FROM EACH DEFENDAN
CONSPIRACY
$110,000 FROM EACH DEFENDANT
ABUSE OF THE AMERICAN
SYSTEM OF JUSTICE
$135,000 FROM EACH DEFENDANT

# FEDERAL CONSTITUTIONAL RIGHTS

E

THE FOLLOWING PARTIES HAVE VIOLATED FEDERAL CONSTITIONAL RIGHTS GUARANTEED BY THE FEDERAL CONSTITUTION; CUMBERLAND, O'CONNER, INTERSTATE PAPUGA, SULLIVAN, RIDDLE, THOMPSON, ESTATE OF "RED" THOMPSON, RYAN, JORGE, BENNETT, ROGERS, COTE JR., ARROYO, DELGADO, WALTER KAPINO'S K-MAC Inc., LUDLOW LINOLEUM + CARPET, Inc., SOUSA, BROWN + FERRIS INDUSTRIES INC., TOWN OF LUDLOW TOWN OF WILBRAHAM LUDLOW BOARD OF HEALTH WILBRAHAM BOARD OF HEALTH, JEANNE KAPINOS, CHARLES RIVER-WEST, PARDO, MENDES, INGALLS, KOS, KUMOR, MORIN, PROVIDENCE, ARROW FIGEORA, HAZELETT, McGOWEN, WILCOX, NIGROSH, MT. TOM, DEPT. OF CORRECTIONS, KRAUSS,

ORTIZ, HODGSDIY, CHAUES,
CHARLIE, WING, B'IGY,
ANGFANG, BAYSTATE,
LOG CABIN, SANTOS,
SCHBURT, RODRIGUES,
FERNANDES, VIGNEAULT,
BEHAVIOR, CORBETT, SIEDEL
UNIVERSITY

## DAMAGES

CONSPIRACY
$50,000 FROM EACH DEFEN
DANT,
OBSTRUCTION OF FEDERAL
CIVIL RIGHTS
$150,000 FROM EACH
DEFENDANT,
MAIL FRAUD
$100,000 FROM EACH
DEFENDANT,
MENTAL ANGUISH
$200,000 FROM EACH
DEFENDANT,
PSHCHOLOGICAL DAMAGE
$10,000 FROM EACH
DEFENDANT,
UNABLE TO PERFORM
DAILY LIVING NEEDS
$110,000 FROM EACH DEFENDANT

DAMAGE TO PLAINTIFF'S
CHARATER / REPUTATION
$250,000 FROM EACH
DEFENDANT
    BREACH OF ORAL
CONTRACT
$10,000 FROM EACH
DEFENDANT
 "PAY-OFF" TO COURT SYSTEM)
PEOPLE
$250,000 FROM EACH
DEFENDANT

# FAILURE TO DIAGNOSE/
F INVESTIGATE

THE FOLLOWING PARTIES HAVE FAILED TO INVEST-IGATE/DIAGNOSE BUDNICK ALLEGATIONS: (THEY FAILED TO RESPOND) SULLIVAN, RIDDLE, THOMPSON, ESTATE OF THOMPSON, RYAN, JORGE, BENNETT, ROGERS, COTE/2, ARROYO, DALGADO, SOUSA, TOWNS OF LUDLOW, WILBRAHAM, WILBRAHAM + LUDLOW BOARD OF HEALTH, NIGROSH, MOUNT TOM, BRIDGEWATER, CHARLES RIVER, PARDO, INGALLS, KOS, MORIN, KUMOR, PROVIDENCE, FIGEORA, HAZELETT, McGOWER, WILCOX, DEPT OF CORRECTIONS, KRAUSS, ORTIZ, HODGSON, WING, ANGFANG, SCHBERT, RODRIGUES, FERNANDES, VIGNEAULT, BEHAVIOR, SIEDAL, UNIVERSITY

## DAMAGES

FAILURE TO DIAGNOSE/
INVESTIGATE

$50,000 FROM EACH DEFENDANT,
PSHCHOLOGICAL DAMAGE

$30,000 FROM EACH DEFENDANT
BREACH OF ORAL CONTRACT

$50,000 FROM EACH DEFENDANT
ABUSE OF THE JUSTICAL
SYSTEM,

$80,000 FROM EACH DEFENDAN,
UNABLE TO PERFORM

$100,000 FROM EACH DEFENDANY,
DAMAGE TO PLAINTIFF'S
CHARATER / REPUTATION

$80,000 FROM EACH DEFENDANT
OBSTRUCTION OF FEDERAL
CIVIL RIGHTS

$150,000 FROM EACH DEFENDAN
CONSPIRACY

$50,000 FROM EACH DEFENDANT

## MISFESANCE, MALFEASANCE
## G. NON-FEASANCE

THE FOLLOWING PARTIES HAVE BEEN GUILTY OF MISFESANCE, MALFEASANCE, NON-FEASANCE; SULLIVAN, RIDDLE, THOMPSON ESTATE OF THOMPSON, RYAN, JORGE, BENNETT, ROGERS, COTE Jr., ARROYO, DALGADO, SOUSA, TOWN OF LUDLOW/WILBRAHAM, WILBRAHAM BOARD OF HEALTH, LUDLOW BOARD OF HEALTH, NIGROSH, MOUNT TOM, BRIDGEWATER, CHARLES RIVER, PARDO, INGALLS, KOS, MORIN, KUMOR, PROVIDENCE, FIGEOR'A, HAZELETT, MCGOWEN, WILCOX, DEPT. OF CORRECTIONS, KRAUSS, ORTIZ, HODGSON, WING, ANGFANG, SCHBERT, RODRIGUES, FERNANDES, VIGNEAULT, BEHAVIOR

## DAMAGES
MISFESANCE, MALFEASANCE, NON-FEASANCE $250,000 FROM EACH DEFENDANT

## SUPERIOR OFFICER LIABILITY

H

THE FOLLOWING PARTIES HAVE BEEN GUILTY OF SUPERIOR OFFICER LIABILITY; SULLIVAN, RIDDLE, THOMPSON ESTATE OF THOMPSON, RYAN, JORGE, BENNETT, ROGERS COTE II, ARROYO, DALGADO SOUSA, TOWNS OF LUDLOW, WILBRAHAM, WILBRAHAM BOARD OF HEALTH, LUDLOW BOARD OF HEALTH, NIGROSH, MOUNT TOM, BRIDGEWATER, CHARLES RIVER, PARDO, INGALLS, KOS, MORIN, KUMOR PROVIDENCE, FIGEORA, HAZELETT, McGOWEN, WILLOX, DEPT. OF CORRECTIONS, KRAUSS, ORTIZ, HODGSON, WING, ANGFANG, SCHBERT, RODRIGUES, FERNANDES, VIGNEATT, BEHAVIOR,

## DAMAGES

FAILURE TO RESPOND
$250,000 FROM EACH DEFENDANT,
BREACH OF ORAL CONTRACT
$50,000 FROM EACH DEFENDANT,

OBSTRUCTION OF
FEDERAL CIVIL RIGHTS
$50,000 FROM EACH DEFENDANT
ABUSE OF THE JUSTICAL
SYSTEM,
$150,000 FROM EACH DEFENDANT
DAMAGE TO PLAINTIFFS
CHARATER,
$200,000 FROM EACH DEFENDANT
OBSTRUCTION OF
STATE CIVIL/CONSTITUTIONAL
RIGHTS
$250,000 FROM EACH DEFENDANT
CONSPIRACY
$150,000 FROM EACH DEFENDANT
BRIBERY
$200,000 FROM EACH DEFENDANT.

# LIBEL AND SLANDER

THE FOLLOWING PARTIES HAVE DONE LIBEL AND SLANDER AGAINST THE PRO-SE PLAINTIFF; CUMBERLAND, O'CONNER, INTERSTATE, PAPUGA, SULLIVAN, RIDDLE THOMPSON, ESTATE OF "RED" THOMPSON, RYAN, JORGE, BENNETT, ROGERS, COTE JR, ARROYO, DELGADO, WALTER KAPINOS, K-MAC Inc., LUDLOW LINOLEUM + CARPET Inc., SOUSA, BROWN + FERRIS INDUSTRIES, INC. TOWN OF LUDLOW, TOWN OF WILBRAHAM, WILBRAHAM BOARD OF HEALTH, LUDLOW BOARD OF HEALTH, JEANNE KAPINOS, CHARLES RIVER - WEST, PARDO, MENDES, INGALLS, KOS, KUMOR, MORIN, PROVIDENCE, ARROW, FIGEORA, HAZE-LETT, MCGOWEN, WILCOX, NIGROSH, MOUNT TOM, DEPT. OF CORRECTIONS, KRAUSS, ORTIZ, HODG--

SON, CHARLIE CHAVES,
WING BIGY ANGFANG
BAY STATE, LOG CABIN,
SANTOS SCHBURT,
RODRIGUES FERNANDES,
VIGNEAULT, CORBETT,
BEHAVIOR, UNIVERSITY,
SIEDEL

## DAMAGES

LIBEL AND SLANDER
$250,000 FROM EACH DEFENDANT
BREACH OF ORAL CONTRACT
$80,000 FROM EACH DEFENDANT
PSHCHOLOGICAL DAMAGE
$18,000 FROM EACH DEFENDANT
SOCIAL DAMAGE
$13,000 FROM EACH DEFENDANT
PLAINTIFF'S CHARACTER DAMAGE
$50,000 FROM EACH DEFENDANT
MENTAL ANGUISH
$50,000 FROM EACH DEFENDANT

J. DAMAGE TO AMERICA'S MANIFEST DESTINY AND "E.T." CONTACT

THE FOLLOWING PARTIES HAVE DAMAGED BUDNICK'S SPACE EXPLORATION EFFORTS, CUMBERLAND, O'CONNER, INTER-STATE, PAPUGA, SULLIVAN, RIDDLE THOMPSON, ESTATE OF "RED" THOMPSON, RYAN, JORGE, BENNETT, ROGER'S COTE OR ARROW, DELGADO WALTER KAPINOS, K-MAC, Inc., LUDLOW LINOLEUM + CARPET Inc., SOUSA BROWN AND FERRIS INDUSTRIES, Inc., TOWN OF LUDLOW, LUDLOW BOARD OF HEALTH, TOWN OF WILBRAHAM, WILBRAHAM BOARD OF HEALTH JEANNE KAPINOS, CHARLES RIVER-WEST, PARDO MENDES, INGALLS, KOS, KUMOR, MORIN PROVIDENCE, ARROW FIGEORA, HAZELETT, McGOWEN, WILCOX, NIGROSH MOUNT TOM, DEPT. OF CORRECTIONS KRAUSS, ORTIZ, HODGSON

CHAVES, CHARLIE WING,
BIGY ANGFAND, BAY STATE,
LOG CABIN, SANTOS,
SCHBURT, RODRIGUES,
FERNANDES, VIGNEAULT,
BEHAVIOR, CORBETT.

## DAMAGES

DAMAGE TO AMERICA'S
MANIFEST DESTINY
$1,250,000 FROM EACH
DEFENDANT
DAMAGE TO "E.T."
CONTACT (LITTLE GREEN
MEN TREATY)
$21,000,000 FROM EACH
DEFENDANT
BREACH OF ORAL
CONTRACT
$5000 FROM EACH DEFENDANT
SOCIAL DAMAGE
$8,000 FROM EACH DEFENDANT
MENTAL ANGUISH
$19,000 FROM EACH DEFENDANT
POLITICAL DAMAGE
$90,000 FROM EACH DEFENDANT

<u>NEGLIGENCE</u>

K.

THE FOLLOWING PARTIES ARE GUILTY OF NEGLIGENCE, SULLIVAN, RIDDLE, THOMPSON, ESTATE OF "RED" THOMPSON, RYAN, JORGE, BENNETT, ROGERS, COTE JR., ARROYO, DALGADO, SOUSA, TOWNS OF LUDLOW + WILBRAHAM, WILBRAHAM + LUDLOW BOARD OF HEALTH, NIGROSH, MOUNT TOM, BRIDGEWATER, CHARLES RIVER, PARDO, PROVIDENCE, FIGEORA, HAZELETT, MCGOWEN, WILCOX, DEPT. OF CORRECTIONS, KRAUSS, ORTIZ, HODGSON, WING, ANGFANG, SCHBERT, RODRIGUES, FERNANDES, VIGNEAULT, BEHAVIOR, SIEDEL, UNIVERSITY

<u>DAMAGES</u>

NEGLIGENCE,
$50,000 FROM EACH DEFENDANT,
BREACH OF ORAL CONTRACT
$5,000
UNABLE TO PERFORM
$50,000

# GROSS NEGLIGENCE

THE FOLLOWING PARTIES ARE GUILTY OF GROSS NEGLIGENCE. CUMBERLAND, O'CONNER, INTERSTATE, PAPUGA, SULLIVAN, RIDDLE THOMPSON, ESTATE OF RED THOMPSON, RYAN, JORGE, BENNETT ROGERS, COTE Jr. ARROW DELGADO, WALTER, KAPINOS, K-MAC Inc., LUDLOW LINOLEUM + CARPET Inc., SOUSA BROWN + FERRIS INDUSTRIES Inc., TOWN OF LUDLOW LUDLOW BOARD OF HEALTH, TOWN OF WILBRAHAM, WILBRAHAM BOARD OF HEALTH, JEANNE KAPINOS, CHARLES RIVER-WEST, PARDO MENDES, INGALLS KOS KUMOR, MORIN, PROVIDENCE, ARROW FIGEORA, HAZELETT, MCGOWEN WILCOX, NIGROSH, MOUNT TOM, DEPT. OF CORRECTIONS, KRAUSS ORTIZ, HODGSON, CHAVES, CHARLIE WING, BIGY, ANGFANG, BAYSTATE

LOG CABIN, SANTOS,
SCHBURT, RODRIGUES,
FERNANDES, VIGNEAULT,
CORBETT, BEHAVIOR, SIEDEL
UNIVERSITY

## DAMAGES

GROSS NEGLIGENCE,
$50,000 FROM EACH DEFENDANT,
BREACH OF ORAL CONTRACT
$50,000 FROM EACH DEFENDANT
UNABLE TO PERFORM
$50,000 FROM EACH DEFENDANT,
CONSPIRACY
$50,000 FROM EACH DEFENDANT
DAMAGE TO PLAINTIFF'S
CHARATER
$50,000 FROM EACH DEFENDANT
OBSTRUCTION OF FEDERAL
CIVIL RIGHTS
$50,000 FROM EACH
DEFENDANT

CONSPIRACY
$50,000 FROM EACH DEFENDANT
DAMAGE TO PLAINTIFE'S
CHARATER,
$50,000 FROM EACH DEFENDANT
OBSTRUCTION OF FEDERAL
CIVIL RIGHTS
$50,000 FROM EACH DEFENDANT

LOG CABIN, SANTOS,
SCHBURT, RODRIGUES,
FERNANDES, VIGNEAULT,
CORBETT, BEHAVIOR, SIEDEL,
UNIVERSITY

## DAMAGES

GROSS NEGLIGENCE,
$50,000 FROM EACH DEFENDANT
BREACH OF ORAL CONTRACT,
$50,000 FROM EACH DEFENDANT
UNABLE TO PERFORM
$50,000 FROM EACH DEFENDANT,
CONSPIRACY
$50,000 FROM EACH DEFENDANT
DAMAGE TO PLAINTIFF'S
CHARATER
$50,000 FROM EACH DEFENDANT
OBSTRUCTION OF FEDERAL
CIVIL RIGHTS
$50,000 FROM EACH
DEFENDANT

DATED;
~~MARCH 6, 2005~~
APRIL 17, 2005

BY THE PRO-
SE PLAINTIFF;
Thomas P. Budnick

B-4 # 34-123286
d of b 02-16-47
HAMPDEN COUNTY
HOUSE OF CORREC-
TION
629 RANDAL RD.
LUDLOW, MA.
01056-1085

T.P.B./



**HoustonChronicle.com**

**Section: Space Chronicle**



HoustonChronicle.com's Space Forum

*Dec. 10, 1999, 5:13PM*

# This land is your land, this space is his space

## Little by little, man attempts to lay claim to parts of Mars, Jupiter and beyond

**By PATTY REINERT**
**Copyright 1999 Houston Chronicle**

HEMPHILL -- It might be unfair to pick on NASA when it's down, but here goes:

Besides last week's disappointing failure at making contact with its Mars Polar Lander, the space agency also could be trespassing.

At least that's how Thomas Budnick sees things.

The 52-year-old former social worker from Ludlow, Mass., has spent the past two decades in relative obscurity, mailing his official claims to land and mineral rights on Mars and elsewhere in outer space to the Sabine County Clerk's Office in this quiet East Texas town.



AP Photo/Nancy Palmieri

Complete with star charts and maps where X marks the spot, Budnick's filings claim specific portions, spelled out in longitude and latitude, of Mars, Jupiter and its moons, Galaxies NGC5194 and NGC5195 and the asteroid Nereus, to name some.

"I just do it to continue America's manifest destiny, which is now space exploration," said Budnick. "Other people spend their money on beer or whatever. Every time I get a little extra money, I file a claim."

Most of the claims, reserving mineral rights, "unlimited air rights to the stars" and "astrofuel," are named in honor of such Texas icons as the Alamo, the Battle of San Jacinto, even Sam Houston himself, not to mention "the good and fair people of Texas."

This land is your land, this space is his space

Several of the claims have been named for Budnick or in memory of his deceased father, who spent his career working for the telephone company. Others are dedicated to the Rev. Martin Luther King Jr., and several are meant to honor the Kennedys, especially John F. Kennedy, since the president's pledge was responsible for putting a man on the moon.

Budnick, who was given the nickname Sputnik in the sixth grade, has always been interested in space and tries to follow all missions of the National Aeronautics and Space Administration. When Mars exploration took center stage as the Sojourner robot crept across the red plains in 1997, Budnick bought a red suit for the occasion.

"NASA isn't too keen on my activities," he admitted. "They rejected my application for astronaut training. If I could, though, I'd go to Mars. I'd go to Jupiter. I'd love to explore the planets."

On Earth, or at least around the domino table under the cedar tree on the Sabine County Courthouse square, some think he's already in orbit.

"He must be nuts," said one old-timer who declined to give his name.

"Darlin,' use your head," said another. "Would you file a claim like that? Do you know anyone in their right mind who would?"

"Everybody up here thinks I'm nuts too, but I don't think I am," sighed Budnick, who said he bases his claims on mining laws dating back to 1872, which he says are still on the books. "They laughed at Christopher Columbus, too."

Budnick first tried to file his claims in his home state of Massachusetts. When clerks in land offices around the state refused to accept them, he moved down the coast, unsuccessfully attempting to file in New York and New Jersey.

"I was very disappointed that even Florida wouldn't take them when they are home to the space program," he said.

Clerks responded with ridicule, he said, and eventually his activities got him fired from his state job helping people file Medicare and Medicaid claims.

The Spokane County Auditor's Office in Washington state finally accepted his mining claims to Mars in the early 1980s, but once the attorney general's office in that state found out, Budnick was grounded.

This land is your land, this space is his space

"I've had a little local yokel publicity," he said, "and, you know, with `space claiming,' the word gets out."

**Budnick has never been to Texas, but his claims have found a home here since at least 1984, making the Lone Star State his favorite in the union.**

"They're the only people who will still take them," he said. "When I wasn't getting anywhere on the East Coast, just like Horace Greeley, I said, `Go west, young man, go west.' I guess Texans, with their western attitude, are a little more open-minded."

Sabine County Clerk Janice McDaniel said the claims had been accepted here long before she took office, so she allowed Budnick to continue.

"The clerk at that time said it had everything on it and it was proper and we would accept it," she said. "Really, we're just acknowledging that his signature has been notarized on the form. It's signed and the fee is enclosed and that's all we need."

Every year, Budnick sends the clerks an alien-themed Christmas card in appreciation. McDaniel keeps the cards, saying she finds Budnick harmless; he considers the clerks his friends.

But do the claims really mean anything? Could they ever hold up if humans actually walk on the Red Planet one day as **planned?**

Not surprisingly, NASA says no.

**Acquisition in outer space is prohibited under the** United Nations Treaty on Outer Space signed in 1967. It says outer space, including the moon and other celestial bodies, are free to be explored and used by all states. Planting a flag on the moon was therefore only a symbolic gesture by U.S. astronauts. It doesn't mean they claimed the moon as American territory.

McDaniel won't even speculate as to the value of Budnick's claims.

"I have no idea," she said. "I've seen *Star Wars* and I like the movie, but I don't fathom (space mining) will happen in my lifetime.

**"I know one thing for sure," the clerk added. "I'm not going up there to check out the dimensions."**

Budnick said that since he is already in his 50s, is single and has no heirs, his family likely will never profit from the claims, but that's not really the point.

**"I hope they're valid,"** he said. **"But just having the American flag flying up there is what's important."**

Besides, he said, his claims only cost $10 or $12 apiece, he's having fun and he's not bothering anyone except his sister, who wishes he would stop.

"I'd just like to accomplish something in my life," he said. "There are all types of fantastic ideas coming for the future, so maybe I'm crazy, or maybe I'm just a little ahead of my time."

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

THOMAS P. BUDNICK

**(b)** County of Residence of First Listed Plaintiff

HAMPDEN COUNTY (EXCEPT IN U.S. PLAINTIFF CASES)

HOUSE OF CORRECTION
629 RANDAL ROAD
LUDLOW, MA. 01056-1085

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

PRO-SE

## DEFENDANTS

CUMBERLAND FARMS, INC
KATHY CONNER.
INTERSTATE MOBIL, INC

County of Residence of First Listed Defendant   HAMPDEN
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

PENDING

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☒ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☒ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
700 PENDING SHOW CAUSE PALMER TRIAL COURT. HEARING IN THE ...

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions:) JUDGE *Posner* DOCKET NUMBER

DATE 4/30/05

SIGNATURE OF ATTORNEY OF RECORD
*Thomas P. Budnick*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) *BUDNICK   VS.   CUMBERLAND FARMS, DON PAPUGA, INTERSTATE MOBIL, INC.*

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

*470* **X** I. *440* 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

*440* **X** II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

____ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

____ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

____ V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
YES ☒   NO ☐
If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
YES ☐   NO ☒

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
YES ☒   NO ☐

A. If yes, in which division do all of the non-governmental parties reside?
Eastern Division ☐   Central Division ☐   Western Division ☒

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME *Tom Budnick  Pro-Se*
ADDRESS *Hampden County House of Correction*
TELEPHONE NO. *627 Randal Road, Ludlow, M.A. 01056-1085*

Coversheetlocal.wpd - 10/17/02