UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK )
    PLAINTIFF ) 05-30115-MAP
         )
    VS   )
         )
CUMBERLAND FARMS INC, )
KATHY O'CONNER, )
INTERSTATE MOBIL, INC, )
ET ALS. )
    DEFENDANTS )

<u>MOTION TO ORDER AN F.B.I.
INVESTIGATION OF THE
PALMER TRIAL COURT</u>

1. PLEASE READ PLAINTIFF'S ORIGINAL COMPLAINT OF MARCH 6, 2005.

2. THE PLAINTIFF HAS REPORTED HIS SEVEN HUNDRED (700) PENDING SHOW CAUSE HEARINGS OVER A TWENTY-FIVE (25) YEAR PERIOD, TO <u>ANYBODY</u> AND <u>EVERYBODY</u> HE COULD THINK OF. IT SHOULD BE NOTED A LAST

MAJORITY OF HIS PENDING APPLICATIONS ARE AUDIO/VEDIO "TAPED".

WHEREFORE, HE IS FORCED TO SEEK A COURT ORDER TO HAVE THE F.B.I. INVESTIGATE WHY HE HAS RECEIVED NO HEARINGS IN TWENTY-FIVE (25) YEARS.

DATED,
APRIL 14, 2005

BY THE PRO-SE PLAINTIFF;
Thomas P. Budnick
B-4, #34-123286
d. of b. 02-16-57
HAMPDEN COUNTY HOUSE OF CORRECTION
629 RANDAL ROAD,
LUDLOW, MA.
07056-1085

CERTIFICATE OF SERVICE
NONE DONE BECAUSE THIS HASN'T BEEN DOCKETED BY MISS FINN.
Tom Budnick