UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
    PLAINTIFF

05-30115-MAP

VS.

CUMBERLAND FARMS, INC.,
KATHY O'CONNER,
INTERSTATE MOBIL, INC.,
ET ALS
    DEFENDANTS

## MOTION TO ACCEPT ORIGINAL COMPLAINT WITH DATE CHANGE

1. THE PRO-SE PLAINTIFF IS FORCED TO MAKE ABOVE MOTION BECAUSE;

    A. "THEY" AMPUTATED THE SECOND FOREFINGER OF HIS WRITING HAND DUE TO BURNS RECEIVED WHEN HE WAS CLEANING A MARTIAN METEORITE. CONSEQUENTLY, IT IS VERY DIFFICULT TO WRITE!

2. ON WEDNESDAY, APRIL 13, 2005 A LARGE SHANK (KNIFE) WAS

Mr. Budnick - please re-file your "complaint" of 3/6/05

Thank you

John Huckelbuck

PLEASE READ BUDNICK NEW COMPLAINT FILED WITH THIS HONORABLE COURT ON MARCH 6, 200 A FULL SEVENTEEN (17) DAYS BEFORE JUDGE POSNOR'S STANDING ORDER IT "SPEAKS FOR ITSELF. I WAS CRUELLY SODOMI- ED AT THE AGES OF 8, 9+ THE LUDLOW POLICE DEPARTMENT AND OTHER TOWN + PRIVATE OFFICIAL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1550 MAIN STREET
SPRINGFIELD, MA 01103

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $500

OFFICER:
OPEN IN FRONT
OF INMATE

Thomas Bulruck
Hampden County House of Correction
629 Randall Road.
Ludlow, MA 01056

DISCOVERED IN PLAINTIFF'S WELDING SHOP, CONSEQUENTLY, WE ARE ALL IN "LOCK-DOWN" STATUS.

3. THEIR ARE ONLY TWO WORK-TYPE WRITER'S IN THE LEGAL LIBRARY, AND YOU CAN ONLY GET IN THERE ONE(1) OR TWO(2) HOURS A WEEK!

WHEREFORE, BUDNICK'S ORIGINAL COMPLAINT SHOULD BE ACCEPTED WITH AMENDED DATE!

DATE;
APRIL, 17, 2005

BY THE PRO-SE PLAINTIFF;
Thomas P. Budnick
B-4 #34 123286
d of b 02-16-47
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL RD,
LUDLOW, MA.
01056-1085

CERTIFICATE OF SERVICE
NONE DONE BECAUSE THIS HASN'T BEEN ACCEPTED.
Tom Budnick