UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

VS                                  AMENDED
                                    COMPLAINT

STANLEY RYBA,
M+G CONVOY, INC.        05-30115-KPN
TOWN OF LUDLOW
LUDLOW POLICE CHIEF
JORGE ET ALS
          DEFENDANTS

(42) NO CERTIFICATE OF SERVICE HAS BEEN DONE SO THE FEDERAL RULES OF CIVIL PROCEDURE ALLOW <u>ONE</u> AMENDMENT!

(43) THE PLAINTILL WAS SODOMIZED AT THE AGES OF 8, 9 + 11 BY STANLEY RYBA BECAUSE HE TRIED TO PREVENT THE NINE (9) CAR M+G CONVOY TRACTOR TRAILER RIG FROM BEING STARTED ~~EVERY~~ MORNING AT 2:30 A.M..

(44) THIS OCCURRED ALL

THROUGH THE FIFTIES (50'S) SIXTIES (60'S), SEVENTIES (70'S) AND EIGHTIES (80'S) IN CLEAR VIOLATION OF THE TOWN OF LUDLOW'S ZONING BY-LAW'S.

(45) JORGE, RYBA, M+G CONVOY, TOWN OF LUDLOW IGNORED ALL OF BUDNICK'S COMPLAINT BECAUSE HE WAS A YOUNG CHILD.

<u>WHEREFORE</u>, HE IS FORCED TO ADD; JORGE, RYBA, M+G CONVOY, INC, TOWN OF LUDLOW TO THE FOLLOWING CHARGES; **A, C, D, E, F, G, H, J, K, L,** <u>DAMAGES</u> CONTINUE AS STATED PREVIOUSLY.

DATED; APRIL 20, 2005

THOMAS P. BUDNICK
B-4 #34 123286
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL RD
LUDLOW, MA.
01056-1085