UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK,
  PLAINTIFF

VS.                    C.A. No. 05-30115-MAP

CUMBERLAND FARMS,
INC. ET ALS
  DEFENDANTS

<u>OBJECTIONS TO MAGISTRATE NEIMEN'S REPORT AND RECOMMENDATION FOR SUMMARY JUDGMENT</u>

PLEASE READ ATTACHED EXHIBIT.

FOR TWENTY (20) YEARS, SPRINGFIELD FEDERAL DISTRICT COURT JUDGES FREEMAN/POSNER HAVE HAD ME UNDER EXTREME HEAVY F.B.I. SURVEILLANCE AND HAVE EVEN "LEANED" ON MY LAW SCHOOL FACULTY AT SOUTHERN NEW ENGLAND SCHOOL OF LAW TO "FLUNK" ME OUT. THE F.B.I. MAINTAINS A <u>VAST</u> AND <u>SECRET</u>

<u>HASN'T COME UP IN TWENTY FIVE (25) YEARS.</u>

<u>ABSOLUTELY</u>, NO RESPONE FROM THE LUDLOW POLICE DEPARTMENT IN TWENTY-FIVE (25) YEARS. A CLEAR FAILURE TO RESPOND IF THERE EVER WAS ONE.

THE FEDERAL CONSTITUTION STATES <u>NO STATE</u> SHALL DENY EQUAL ACKLESS TO THE LAW! PLUS, THE FEDERAL COURT HAS SOLE AUTHORITY TO "REVIEW" PROPOSED TREATIES AS IS THE UNRATIFIED MOON TREATY AND PROPOSED "LITTLE GREEN MEN TREATY."

THIS IS A DESPERATE APPEAL TO YOUR SENSE OF AMERICAN PATRIOTISM BECAUSE THE FIRST NATION TO "CONTROL" THE MOON SHALL BE THE DOMINATE MILITARY, SOCIAL, POLITICAL, ECONOMIC POWER HOUSE OF THE NEXT CENTURY.

OF COURSE, SEVERAL PALMER



JUDGES AND COURT CLERKS TOOK BRIBES! HOW ELSE DO YOU EXPLAIN <u>NO SHOW HEARINGS IN TWENTY-FIVE (25) YEARS!</u>

THIS IS WHY I FILED FORTY-FIVE (45) JUDICIAL MISCONDUCT CHARGES AGAINST FORTY-FIVE MASSACHUSETTS COURT JUDGES TO GET MY SHOW CAUSE APPLICATIONS "MOVING"!

IN CLOSING, HOW WOULD YOU LIKE IT, MIKE OR KEN, IF YOU HAD THE NEIGHBERHOOD BULLY ON TAPE SAYING HE WAS GOING TO FIREBOMB YOUR HOME AND <u>NOBODY DID ANYTHING!</u>???????

OF COURSE, FEDERAL COURTS CAN REVIEW STATE COURT ACTIONS IF THEY ARE CORRUPT.

SIGNED UNDER THE PAINS AND PENALTIES OF PREJURY THIS 30TH DAY OF MAY, 2005

*Thomas P. Budnick*
THOMAS P. BUDNICK
PRO-SE
d of b 02-16-47
BW #34 123286
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL ROAD
LUDLOW MA.
01056-1085

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK

vs                                        CIVIL ACTION
                                          NO. 05-30058M:
TONY BLAIR, ET ALS

MOTION TO RELEASE ANY AND
ALL F.B.I. FILES

IN APRIL OF 88 U.S. SECRET SERVICE AGENT TOM GALVIN BURST IN ACCUSING BUDNICK OF MAILING FASCIST DEATH THREATS TO THE REVERENT JESSIE JACKSON. NO CHARGES - CIVIL OR CRIMINAL WERE EVER FILED!
SINCE THEN THE F.B.I. HAS MAINTAINED GIGANTIC FILES ON BUDNICK
WHEREFORE, HE MAKES IMMEDIATE MOTION FOR THEIR RELEASE

MARCH 27, 2005        Thomas P. Budnick