UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS A BUDNICK
       PLAINTIFF

VS                                C.A. NO.
                                  05-30115-MAP
CUMBERLAND FARMS
INC., ET ALS
       DEFENDANTS

<u>MOTION FOR RECONSIDERATION
+ NOTICE OF ADDRESS CHANGE</u>

①  ON JUNE 4th 2005 THE PLAINTIFF WAS RELEASED FROM 2½ YEARS IN JAIL AND MENTAL HOSPITALS.

②  HE WENT HOME TO GET ALL THE DOCUMENTATION AND HAD HOPE THE NEW PAPER WORK WOULD GET THIS HONORABLE COURT TO "CHANGE IT'S MIND".

③  PLEASE EXAMINE PLAINTIFF'S EXHIBIT MARKED A. IT IS THE PROPOSED "DECLARATION OF PRINCIPLES CONCERNING ACTIVITIES FOLLOWING THE

DETECTION OF EXTRATERR-
ESTRIAL INTELLIGENCE."

(4) EXHIBIT B IS THE LETTER FROM THE UNITED STATES DEPARTMENT OF STATE, OFFICE OF SPACE AND ADVANCED TECHNOLOGY SAYING THE UNITED NATIONS HAS TAKEN NO ACTION ON THIS PROPOSED DECLARA-TION.

(5) EXHIBIT C IS A COPY OF MY CLAIMS AGAINST THIS PROPOSED TREATY. PLEASE NOTE IT IS STAMPED UP LEGAL BY THE STATE OF TEXAS AND IS APPROVED BY THE TEXAS ATTORNEY GENERAL.

(6) MY LAST EXHIBIT MARKED D IS A DESPERATE APPEAL TO YOUR AMERICAN SENSE OF PATRIOTISM. THE FIRST NATION TO CONTROL THE EARTH'S MOON SHALL BE THE DOMINATE MILITARY, SOCIAL, POLITICAL, AND

ECONOMIC POWERHOUSE OF THE NEXT CENTURY.

(7) THIS COURT IS RESPECTFULLY REMINDED THE FEDERAL CONSTITUTION GIVES THE FEDERAL COURTS AND FEDERAL GOVERNMENT EXCLUSIVE POWER TO NEGOTIATE INTO PROPOSED TREATINS.

(8) LASTLY PLEASE NOTE MY NEW HOME ADDRESS WHICH IS GIVEN BELOW. SIGNED UNDER THE PAINS AND PENALTIES OF PREJORY, THIS 9th DAY OF JUNE, 2005

BY THE PRO-SE PLAINTIFF,

Thomas P. Budnick
THOMAS P. BUDNICK
19 HARDING AVE,
LUDLOW, MA
01056-2327
413-583-3485