UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

VS                                C.A. NO.
                                  305-30115-MAP

CUMBERLAND FARMS
INC., ET ALS
       DEFENDANTS

NOTICE OF APPEAL

THOMAS P. BUDNICK
Thomas P. Budnick
19 HARDING AVE.,
LUDLOW, MA.
01056-2327
413-583-3485

DATED:
JUNE 18, 2005