UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK,            )
    Plaintiff             )
                          )
            v.            )   C.A. NO. 05-30115-MAP
                          )
CUMBERLAND FARMS, INC., ET AL )
    Defendants            )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION
FOR SUMMARY DISMISSAL,
PLAINTIFF'S MOTION FOR RECONSIDERATION
AND PLAINTIFF'S OBJECTIONS
(Docket Nos. 6, 8, 7)

June 24, 2005

PONSOR, D.J.

On May 23, 2005, Magistrate Judge Kenneth P. Neiman issued his Report and Recommendation, to the effect that this complaint should be dismissed summarily pursuant to 28 U.S.C. § 1915(e). Having reviewed the complaint and the recommendation, and having considered the recommendation de novo, the court agrees that dismissal is appropriate. Even recognizing that the court must accept the allegations of the complaint as true, and that as a pro se litigant the plaintiff is entitled have his complaint examined with special scrupulousness, the court must agree that the plethora of claims, and the prolixity of plaintiff's complaint would make it, as the Magistrate Judge found, "nearly impossible for any one defendant, let alone all of

them, to answer or otherwise reasonably respond." Docket No. 6 at 4.

For the foregoing reasons, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated May 23, 2005 is hereby ADOPTED and the plaintiff's complaint is hereby ordered DISMISSED. The plaintiff's Motion for Reconsideration (Docket No. 8) is hereby DENIED and his objections to the Report and Recommendation (Docket No. 7) are hereby OVERRULED. The case may now be closed.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge