# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-30115

Thomas P. Budnick

v.

Cumberland Farms Inc., et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/20/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 29, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/30/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:05-cv-30115-MAP

Budnick v. Cumberland Farms, Inc. et al
Assigned to: Judge Michael A Ponsor
Cause: 42:1983 Civil Rights Act

Date Filed: 05/23/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Thomas P. Budnick     represented by    Thomas P. Budnick
19 Harding Ave.
Ludlow, MA 01056-2327
413-583-3485
PRO SE

V.

**Defendant**

**Cumberland Farms, Inc.**

**Defendant**

**Kathy O'Conner**

**Defendant**

**Interstate Mobil, Inc.**

**Defendant**

**Donald Papuga**

**Defendant**

**Estate of Palmer Trial Court**

**Defendant**

**Mrs. Sullivan**
*Head Clerk*

**Defendant**

**Palmer Magistrate E. Donald Riddle**
*Individually and in the scope of hsi authority*

**Defendant**

**Chas (Jas) Thompson**
*Palmer Procesucint District Attorney,*

APPEAL

*Individually and in the scope of his authority*

**Defendant**

**Estate of Ludlow Police Chief "Red Thompson"**

**Defendant**

**Matthew J. Ryan**
*Hampden County District Attorney*

**Defendant**

**Ludlow Police Chief William Corbett**

*(Former) Jorge, Individually and in the scope of his authority*

**Defendant**

**William Bennett**
*Hampden County District Attorney, Indivually and in the scope of his employment*

**Defendant**

**Timothy Rogers**
*Palmer District Attorney, Individually and in the scope of his employemtn*

**Defendant**

**Kenneth Cote, Jr.**
*Chief Judge -Palmer Trial Court, Individually and in the scope of his employment*

**Defendant**

**Melvin Arroyo**
*Palmer Probation Officer, Individually and in the scop of his employment*

**Defendant**

**Nilsa Delgado**
*Palmer Set-up Person, Individually and in the scope of her employment*

**Defendant**

**Walter Kapinos**

**Defendant**

**K-mac, Inc.**

**Defendant**

**Ludlow Linoleum and Carpet, Inc.**

**Defendant**

**Americo Sousa**
*Individually and in the scope of his employment*

**Defendant**

**Brown & Ferris Industries, Inc.**

**Defendant**

**Jorge**
*Ludlow Police Chief*

**Defendant**

**M & G Concoy, Inc.**

**Defendant**

**Stanley Ryba**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2005 | 1 | Pltf's MOTION for Leave to Proceed in forma pauperis by Thomas P. Budnick filed.(Finn, Mary) (Entered: 05/23/2005) |
| 05/23/2005 | 2 | COMPLAINT against Chas (Jas) Thompson, Estate of Ludlow Police Chief "Red Thompson", Matthew J. Ryan, William Corbett, William Bennett, Timothy Rogers, Kenneth Cote, Jr, Melvin Arroyo, Nilsa Delgado, Walter Kapinos, K-mac, Inc., Ludlow Linoleum and Carpet, Inc., Americo Sousa, Brown & Ferris Industries, Inc., Cumberland Farms, Inc., Kathy O'Conner, Interstate Mobil, Inc., Donald Papuga, Estate of Palmer Trial Court, Mrs. Sullivan, E. Donald Riddle, et al by Thomas P. Budnick filed. Filing fee of $250.00 waived (IFP). (Attachments: # (1) # (2) # (3))(Finn, Mary) Additional attachment(s) added on 5/24/2005 (Finn, Mary). (Entered: 05/23/2005) |
| 05/23/2005 | 3 | Pltf's MOTION to Order an F.B.I. investigation of the Palmer District Court by Thomas P. Budnick filed.(Finn, Mary) Additional attachment(s) added on 5/23/2005 (Finn, Mary). (Entered: 05/23/2005) |
| 05/23/2005 | 4 | Pltf's MOTION to Amend 2 Complaint with date change by Thomas P. Budnick filed.(Finn, Mary) Additional attachment(s) added on 5/23/2005 (Finn, Mary). (Entered: 05/23/2005) |
| 05/23/2005 |  | Judge Kenneth P. Neiman : ELECTRONIC ENDORSED ORDER entered denying the Pltf's 3 Motion to Order F.B.I. Investigation of the Palmer Distrct Court, granting Pltf's 4 Motion to Amend original complaint with date change; cc/Pltf. (Finn, Mary) (Entered: 05/23/2005) |

| | | |
|---|---|---|
| 05/23/2005 | 5 | AMENDED COMPLAINT against Jorge, M & G Concoy, Inc., Stanley Ryba, Chas (Jas) Thompson, Estate of Ludlow Police Chief "Red Thompson", Matthew J. Ryan, William Corbett, William Bennett, Timothy Rogers, Kenneth Cote, Jr, Melvin Arroyo, Nilsa Delgado, Walter Kapinos, K-mac, Inc., Ludlow Linoleum and Carpet, Inc., Americo Sousa, Brown & Ferris Industries, Inc., Cumberland Farms, Inc., Kathy O'Conner, Interstate Mobil, Inc., Donald Papuga, Estate of Palmer Trial Court, Mrs. Sullivan, E. Donald Riddle by Thomas P. Budnick filed.(Finn, Mary) Additional attachment(s) added on 5/23/2005 (Finn, Mary). (Entered: 05/23/2005) |
| 05/23/2005 | 6 | Judge Kenneth P. Neiman : REPORT AND RECOMMENDATION for SUMMARY DISMISSAL entered. The Court GRANTS the Pltf's 1 MOTION for Leave to Proceed in forma pauperis and recommends that the Pltf's 2 Complaint be DISMISSED; cc/Pltf. Objections to R&R due by 6/10/2005.(Finn, Mary) (Entered: 05/23/2005) |
| 05/23/2005 | | Judge Kenneth P. Neiman : ENDORSEMENT through the 6 Report and Recommendation for Summary Dismissal ORDER entered granting the Pltf's 1 Motion for Leave to Proceed in forma pauperis. (Finn, Mary) Modified on 5/23/2005 (Finn, Mary). (Entered: 05/23/2005) |
| 06/06/2005 | 7 | OBJECTION to 6 Report and Recommendations filed by Thomas P. Budnick. (Healy, Bethaney) (Entered: 06/06/2005) |
| 06/13/2005 | 8 | MOTION for Reconsideration re 6 REPORT AND RECOMMENDATIONS re 1 MOTION for Leave to Proceed in forma pauperis filed by Thomas P. Budnick,, 2 Complaint,, filed by Thomas P. Budnick, Recommendation: that the Pltf;'s complaint be DISMISSED by Thomas P. Budnick.(Stuckenbruck, John) (Entered: 06/14/2005) |
| 06/20/2005 | 9 | NOTICE OF APPEAL by Thomas P. Budnick. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/11/2005. Note: Fee has not been paid.(Lindsay, Maurice) (Entered: 06/20/2005) |
| 06/24/2005 | 10 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered adopting 6 Report and Recommendations., and denying 8 Motion for Reconsideration and his 7 Objections to the report and recommendation is Overruled. See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 06/24/2005) |
| 06/27/2005 | | Remark: The complete case file containing all pleadings and a certified copy of the docket sent today to the Clerk's Office in Boston, for final processing to the Appeals Court. (Lindsay, Maurice) (Entered: 06/27/2005) |