UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
   PLAINTIFF

VS.                                    C.A. NO. 05-30115-MAP

CUMBERLAND FARMS,
INC., ET AL
   DEFENDANTS

NOTICE OF APPEAL

JULY 4, 2005

Thomas P. Budnick
THOMAS P. BUDNICK
19 HARDING AVE.,
LUDLOW, MA
01056-2327
413-583-3485