UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P.  BUDNICK,
    Plaintiff(s)

v.    CIVIL ACTION: 05-30115-MAP

CUMBERLAND FARMS, INC.,  ET AL
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

JUDGMENT OF DISMISSAL entered pursuant to the Memorandum and Order of the Court entered on 6/24/2005 adopting the Magistrate Judge's Report and Recommendation for Summary Dismissal  and denying the Plaintiff's motion for reconsideration.

SARAH A. THORNTON,
CLERK OF COURT

Dated: August 18,  2005    By   /s/ Mary Finn
Deputy Clerk

(Judgment Civil.wpd - 11/98)    [jgm.]