# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1993

THOMAS P. BUDNICK,

Plaintiff, Appellant,

v.

CUMBERLAND FARMS, INC., ET AL.,

Defendants, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: August 31, 2005

Appeal 05-1993 filed on June 20, 2005, before any judgment had issued or entered, is dismissed for lack of appellate jurisdiction. Appeal 05-2109 will proceed.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk.

Deputy Clerk

Date: 9/22/05

[cc: Thomas P. Budnick]