MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2109

THOMAS P. BUDNICK,

Plaintiff, Appellant,

v.

CUMBERLAND FARMS, INC., ET AL.,

Defendants, Appellees.

Before

Lynch, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: June 5, 2006

We have reviewed appellant's brief and his subsequent filings in this court. We affirm the district court's dismissal of appellant's complaint, essentially for the reasons stated in the magistrate judge's Report and Recommendation, dated May 23, 2005, which the district court adopted by Order dated June 24, 2005.

Affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 6/30/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: _____
Chief Deputy Clerk.

[cc: Thomas P. Budnick]